UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. 1:19-mj-0513 |
|  | ) |  |
| Charles W. Kirby | ) | - 01 |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846 Conspiracy to Possess with the Intent to Distribute and/or Distribute one kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin. | 10 Years -Life | NMT $10,000,000 | NLT 5 Years |
| 2 | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) Attempted Possession with Intent to Distribute One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin. | 10-Life | NMT $10,000,000 | NLT 5 Years |
| 3 | 18 U.S.C § 924(c) Possession of a Firearm During and in Relation to a Drug Trafficking Crime. | 5 Years - Life | NMT $250,000 | 3 Years |

Dated: _____          _____
                                Charles W. Kirby
                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana