AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES W. KIRBY - 01<br><br>Defendant | )<br>)  Case No.  1:19-mj-0513<br>)<br>)<br>)<br>) |

FILED
MAY 1 5 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CHARLES W. KIRBY                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess with the Intent to Distribute and/or Distribute one kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846.
Count 2: Attempted Possession with Intent to Distribute One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A).
Count 3: Possession of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C § 924(c).

Date:  05/14/2019                                              _____
                                                                       *Issuing officer's signature*

City and state:  Indianapolis, Indiana                    Debra McVicker Lynch, U.S. Magistrate Judge
                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/14/19, and the person was arrested on *(date)* 05/13/19
at *(city and state)* Indianapolis, IN.

Date: 05/15/2019                                              _____
                                                                       *Arresting officer's signature*

                                                                       SA Matt Holbrook
                                                                       *Printed name and title*