UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

JUN 1 1 2019

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO.
)
CHARLES KIRBY, ) - 01
)
) 1:19-cr-0 2 0 1 JMS DLP
)
Defendant. )

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846 Conspiracy to Possess with Intent to Distribute and/or Distribute Heroin | 10-Life | NMT $10,000,000 | NLT 5 Years |
| 2 | 21 U.S.C. §§ 841(a)(1),(b)(1)(B) and 846 Conspiracy to Possess with Intent to Distribute and/or Distribute Fentanyl | 5-40 | NMT $5,000,000 | NLT 4 Years |
| 3 | 21 U.S.C. §§ 841(a)(1),(b)(1)(A) and 846 Attempted Possession with Intent to Distribute More than One Kilogram of Heroin | 10-Life | NMT $10,000,000 | NLT 5 Years |
| 4 | 21 U.S.C. §§ 841(a)(1),(b)(1)(B) and 846 Attempted Possession with the Intent to Distribute and/or Distribute Fentanyl | 5-40 | NMT $5,000,000 | NLT 4 Years |
| 5 | 18 U.S.C. § 924(c)(1) Carrying a Firearm During and in Relation to a Drug Trafficking Offense | 5-Life | $250,000 | 5 Years |

Dated: _____       _____
                              CHARLES KIRBY
                              Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana