UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0201-JMS-DLP |
| | ) | |
| CHARLES KIRBY, | ) | - 01 |
| Defendant. | ) | |

## COURTROOM MINUTE FOR JULY 3, 2019
## HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE

The parties appear for an initial appearance on the indictment filed on June 11, 2019.

Defendant appeared in person and by retained counsel Mary Zahn. Government represented by AUSA Lawrence Hilton. USPO represented by Alison Upchurch.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **July 17, 2019**.

Defendant waived formal arraignment and reading of the indictment.

Defendant was released on May 20, 2019 and that order stands.

Defendant released on current conditions of pretrial release pending further proceedings before the court.

Date: 7/5/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system